2024CV01953
e-Filed 4/8/2024 1:01 PM
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Latasha Currie

**IN THE STATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

**JULIANA JAMES,**

**Plaintiff,**

**vs.**

**WALMART INC., JOHN DOE(S) 1-3, and XYZ CORPORATION(S) 1-3,**

**Defendants.**

**CIVIL ACTION**
**FILE NO:** 2024CV01953

**(SERVED WITH DISCOVERY)**

**COMPLAINT AND DEMAND FOR TRIAL BY JURY**

COMES NOW, JULIANA JAMES, Plaintiff in the above-styled action, by and through undersigned counsel of record, and files this, her Complaint for Damages and shows the Court the following:

**PARTIES AND JURISDICTION**

1.

Plaintiff, JULIANA JAMES, ("Plaintiff") is an adult resident of the State of Georgia.

2.

Defendant, WALMART, INC., ("Defendant Walmart") is a foreign profit corporation with its principal place of business located at 702 SW 8th Street, Bentonville, Arkansas 72716. It may be served with process through its registered agent, The Corporation Company, 106 Colony Park Drive Ste. 800-B, Cumming, Georgia 30040.

3.

Defendant Walmart has been properly served with process in this civil action.

2024CV01953

4.

Defendants XYZ Corporation(s) 1-3 are owners, operators, managers, contractors, vendors, and the like who are culpable corporate defendants associated with this action. They have not been identified at the time of filing of this complaint. Plaintiff reserves the right to amend this original complaint as the identities of these parties becomes available.

5.

Defendants John Doe(s) 1-3 are any unknown individuals associated with this action. They have not been identified at the time of filing of this complaint. Plaintiff reserves the right to amend this original complaint as the identities of these parties becomes available.

6.

Venue as to Defendants is proper in the State Court of Clayton County, Georgia, as the county in which the subject incident took place.

**FACUTAL BACKGROUND AND ALLEGATIONS**

7.

Plaintiff re-alleges and incorporates herein by reference paragraphs 1 through 6 above as if the same were restated herein verbatim.

8.

On April 19, 2022, Plaintiff entered a Sam's Club located at 7325 Jonesboro Road, Morrow, Georgia 30260 (the "Premises") and suffered injuries after she slipped and fell due to a strawberry (the "hazardous condition") on the floor of the Premises.

9.

At all relevant times, Plaintiff was an invitee on the Premises.

10.

Defendants owned, maintained, managed, and/or operated the Premises.

**COUNT ONE: NEGLIGENCE**
**DEFENDANTS WALMART INC., JOHN DOE(S) 1-3, and XYZ CORPORATION(S) 1-3**

11.

Plaintiff re-alleges and incorporates herein by reference paragraphs 1 through 10 above as if the same were restated herein verbatim.

12.

At all relevant times, Defendants Walmart, John Doe(s) 1-3, and/or XYZ Corporation(s) 1-3 owed a legal duty under O.C.G.A. § 51-3-1 of reasonable care to invitees to inspect and keep the Premises in safe condition and to warn Plaintiff of hidden dangers or defects that were not discoverable in the exercise of reasonable care.

13.

Defendants Walmart, John Doe(s) 1-3, and/or XYZ Corporation(s) 1-3 failed to properly inspect and keep the Premises in a safe condition when they failed to prevent or warn against the harm of the hazardous condition despite having representatives and employees in the area before Plaintiff's fall.

14.

As a direct and proximate result of Defendants Walmart, John Doe(s) 1-3, and/or XYZ Corporation(s) 1-3's negligence, Plaintiff was injured when she slipped and fell on the Premises on the date of incident.

15.

At all relevant times, Defendants Walmart, John Doe(s) 1-3, and/or XYZ Corporation(s) 1-3, by and through its employees, had actual or constructive knowledge of the hazardous condition prior to the Plaintiff's fall.

16.

At all relevant times, Plaintiff had no knowledge of the unsafe and dangerous condition, and it was not discoverable to her in the exercise of reasonable care.

17.

At all relevant times, Plaintiff exercised reasonable care for her own safety.

**COUNT TWO: RESPONDEAT SUPERIOR**
**DEFENDANTS WALMART INC. and XYZ CORPORATION(S) 1-3**

18.

Plaintiff re-alleges and incorporates herein by reference paragraphs 1 through 17 above as if the same were restated herein verbatim.

19.

The negligence of Defendant John Doe(s) 1-3 and any other employees, and/or actual agents, and/or apparent agents and/or ostensible agents, and/or independent contractors of Defendant Walmart and/or XYZ Corporation(s) 1-3, acting within the scope of their employment was a contributing and proximate cause to the injuries and damages suffered by Plaintiff.

20.

As such, Defendants Walmart and XYZ Corporation(s) 1-3 are liable in damages to Plaintiff under the theory of *Respondeat Superior* for the ordinary negligence of its agents, employees, and servants while acting within the scope of their employment.

2024CV01953

21.

Defendants' violations of the aforementioned statutory duties of care constitute negligence and negligence *per se*.

22.

As a direct and proximate result of the aforesaid negligence and breaches of duty by Defendants, Plaintiff suffered substantial injuries and damages including medical and other necessary expenses, mental and physical pain and suffering due to the injuries to her body and nervous system, personal inconvenience, plus an inability to lead a normal life. As a result of the subject collision, Plaintiff has incurred the following in past medical expenses:

| | **Facility** | **Dates of Service** | **Amount Billed** |
|---|---|---|---|
| **1** | Piedmont Fayette Hospital | 4/19/2022 – 4/20/2022 | $3,668.20 |
| **2** | Piedmont South Imaging | 4/20/2022 | $97.00 |
| **3** | Emergency Physicians | 4/19/2022 | $896.00 |
| **4** | Peachtree Spine Physicians | 5/9/2022 – 11/9/2023 | $59,546.10 |
| **5** | Emory Healthcare | 6/7/2023 – 6/8/2023 | $14,697.17 |
| **6** | Fayette Family Wellness | 6/30/2023 – 10/30/2023 | $1,497.00 |
| **TOTAL** | | | **$80,401.47** |

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays and demands as follows:

(a) That Process and Summons issue, as provided by law, requiring Defendants to appear and answer Plaintiff's Complaint;

(b) That service be had upon Defendants as provided by law;

(c) That Plaintiff have and recover general damages from such Defendants, as the jury deems are liable to Plaintiff, and in such an amount as the jury deems just and appropriate to

fully and completely compensate Plaintiff for all of her injuries and pain and suffering, mental, physical, and emotional, past, present, and future;

(d) That Plaintiff have and recover from Defendants, special damages for past and future medical expenses and loss of income in the past and future in such an amount as shall be proven at trial;

(e) That this matter be tried to a jury of twelve;

(f) That all costs be cast against the Defendants; and

(g) For such other and further relief as this Court deems just and appropriate.

This 8th day of April 2024.

**THE DENNIS LAW FIRM, LLC**

*/s/ Natalie C. Foster*
André Dennis
Georgia Bar No. 606645
Rian Banks
Georgia Bar No. 556178
Natalie C. Foster
Georgia Bar No. 942180
*Attorneys for Plaintiff*

101 Marietta Street NW
Suite 2200
Atlanta, Georgia 30303
Tel: (404) 850-7951
Fax: (404) 850-7948
Email: andre@afirmthatfights.com
Email: rian@afirmthatfights.com
Email: natalie@afirmthatfights.com
GA E-File: litigation@afirmthatfights.com

2024CV01953 e-Filed 4/8/2024 1:01 PM
Tiki Brown
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Latasha Currie

# General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☑ State Court of Clayton County

**For Clerk Use Only**

**Date Filed** 04-08-2024 (MM-DD-YYYY) **Case Number** 2024CV01953

| Plaintiff(s) | | | | | Defendant(s) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| James | Juliana | | | | Walmart Inc. | | | | |
| | | | | | John Doe(s) 1-3 | | | | |
| | | | | | XYZ Corporation(s) 1-3 | | | | |
| | | | | | | | | | |

**Plaintiff's Attorney** Natalie C. Foster **Bar Number** 942180 **Self-Represented** ☐

**Check One Case Type in One Box**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_______________ Case Number _______________ Case Number

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _______________ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_______________________________________________

_______________________________________________

2024CV01953
e-Filed 4/8/2024 1:01 PM
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Latasha Currie

**IN THE STATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

**JULIANA JAMES,**

**Plaintiff,**

**vs.**

**WALMART INC., JOHN DOE(S) 1-3,**
**And XYZ CORPORATION(S) 1-3,**

**Defendants.**

**CIVIL ACTION**
**FILE NO:** 2024CV01953

**SUMMONS**

TO THE ABOVE-NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

André Dennis
Natalie C. Foster
The Dennis Law Firm, LLC
101 Marietta Street NW
Suite 2200
Atlanta, GA 30303
(404) 850-7951

An answer to the complaint, which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 08 day of April, 2024.

Clerk of State Court of Clayton County
By /s/ Latasha Currie
Deputy Clerk

2024CV01953
e-Filed 4/8/2024 1:01 PM

Tiki Brown
Clerk of State Court
Clayton County, Georgia
Latasha Currie

# Discovery Plan/Checklist MVA (State and Superior Court)

***Re-Assigned Cases should be Compliant with an updated Discovery Plan within 30 days of File Assignment***

Case: Juliana James v. Walmart Inc., John Doe(s) 1-3, and XYZ Corporation(s) 1-3

2024CV01953

Venue: Clayton Co. State

DOL: 4-19-2022

Assignment Date: 2-13-2024

Case Summary/Description/Discovery Close Date: Premises Liability/Slip and fall/

## I. Phase 1- Investigation/File Preparation

| Task | FIRM DEADLINE | COURT DEADLINE | Completion Date |
|---|---|---|---|
| Review File/Meet with Pre-Litigation Attorney | Within 15 Days of Assignment | | 2/13/2024 |
| Confirm all certified records, open records, witness statements, Crime Grid, FOIA Violations and photos in file. | Within 15 Days of Assignment | Photos ✗<br>Records ✓<br>Cert ✗<br>ORR ✗ | 2/13/2024 |
| Establish Rules/Theme of Case, Applicable Jury Instructions | Within 15 Days of Assignment | | 2/13/2024 |
| Intro Meeting with Pre-Suit Attorney and Client | Within 30 days of Assignment | | 2/21/2024 |
| Research Defendant's/Service Addresses | Within 15 Days of Assignment | | 4/7/2024 |

**Phase 1 Completion Attorney Initials:** ***NCF***_

## II. Phase 2- Initiating Litigation/Discovery

| Task | FIRM DEADLINE | COURT DEADLINE | Completion Date |
|---|---|---|---|
| File Summons and Complaint (EOA/LOA) | Within 30 days of File Assignment | | Filed: |
| Obtain Service on Defendant and UM Carrier, if applicable | Within 5 Days of Filing | | Dft served: |

2024CV01953

| | | | |
|---|---|---|---|
| Perfect Service- File Affidavit of Service | Within 2 Days of Service | Within 5 days of Service | |
| Send 10 Day Notice to Insurance Company (OCGA §33-7-15) | Within 5 days of Filing Summons and Complaint | Within 10 days of Filing Summons and Complaint | |
| Propound ROGS, RPD, and RFA on all Defendants MVAR Authorization | Within 15 Days of Filed Answer | | |
| Client RFA Responses | 15 Days | 30 days | Due |
| Prepare Client Discovery Responses | 20 Days | 30 Days | Due |
| Defendant Discovery Responses | If response not timely, send 6.4 letter with 14 days | Due: | |
| Send Proposed Scheduling Order and/or Court Ordered Scheduling Order | Within 15 Days of Filed Answer | | |
| Depositions *Outline 30 days Prior* | Scheduled Within 90 days of discovery | | |
| Order Depo Transcript (Original and E-tran) | 30 days after depo | | |
| Medical Narrative, Future Cost Projection | Within 90 days of discovery | | |

**Phase 2 Completion Attorney Initials: _____**

## III. Phase 3- Resolution

| Task | FIRM DEADLINE | COURT DEADLINE | Completion Date |
|---|---|---|---|
| Send OOJ, 2nd Holt Demand, Liquidated Damages Demand | | | |
| Dispositive Motions | | | |
| Mediation, if Court Ordered | | | |
| Initial Trial Prep Meeting with Client and Witnesses | | | |

**Phase 3 Completion Attorney Initials: _____**

## IV. Trial

| Task | FIRM DEADLINE | COURT DEADLINE | Completion Date |
|---|---|---|---|
| Trial Theme/Outline | | | |
| Pre-Trial Order | | | |
| Expert Depositions | | | |

2024CV01953

| | | | |
|---|---|---|---|
| | | | |
| Motions in Limine | | | |
| Establish Proof for Attorney's Fees | | | |
| Voir Dire | | | |
| Prepare Exhibits | | | |

**Phase 4 Completion Attorney Initials: ______**

**Outline and Establish Applicable Rules to Case (OCGA Violations. CDL Violations, Industry Standard Violations, Safety Rule Violations)**

| Rule Violation | Source of Rule |
|---|---|
| Failure to maintain lane | O.C.G.A. § 40-6-48 |
| | |
| | |
| | |
| | |

2024CV01953
e-Filed 4/8/2024 1:01 PM
Tiki Brown
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Latasha Currie

**IN THE STATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

**JULIANA JAMES,**

**Plaintiff,**

**vs.**

**WALMART INC., JOHN DOE(S) 1-3, and XYZ CORPORATION(S) 1-3,**

**Defendants.**

**CIVIL ACTION**
**FILE NO:** 2024CV01953

## RULE 5.2 CERTIFICATE OF SERVICE

This is to certify that pursuant to Uniform Court Rule 5.2, I have served upon all Defendants in the foregoing with a copy of the following:

1. PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT WALMART INC.; and
2. PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND NOTICE TO PRODUCE AT TRIAL TO DEFENDANT WALMART INC.

This 8th day of April 2024.

**[SIGNATURE PAGE FOLLOWING]**

2024CV01953

**THE DENNIS LAW FIRM, LLC**

*/s/ Natalie C. Foster*

André Dennis
Georgia Bar No. 606645
Rian Banks
Georgia Bar No. 556178
Natalie C. Foster
Georgia Bar No. 942180
*Attorneys for Plaintiff*

101 Marietta Street NW
Suite 2200
Atlanta, Georgia 30303
Tel: (404) 850-7951
Fax: (404) 850-7948
Email: andre@afirmthatfights.com
Email: rian@afirmthatfights.com
Email: natalie@afirmthatfights.com
GA E-File: litigation@afirmthatfights.com

2024CV01953
e-Filed 5/2/2024 4:45 PM
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Waukecia Lawrence

**IN THE STATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| **JULIANA JAMES,**<br>**Plaintiff,**<br><br>**v.**<br><br>**WALMART INC., JOHN DOE(S) 1-3, And XYZ CORPORATION(S) 1-3,**<br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION**<br>**FILE NO: 2024CV01953** |

**ENTRY OF APPEARANCE AND NOTICE OF SUBSTITUTION OF COUNSEL**

COMES NOW, Rian Banks, attorney with The Dennis Law Firm, LLC, and hereby notifies this Court and all counsel of record of her appearance as counsel of record for Plaintiff Juliana James in the above-styled case action to be substituted in place of Natalie C. Foster.

This 2nd day of May 2024.

Respectfully Submitted,
THE DENNIS LAW FIRM, LLC

*/s/ Rian Banks*
André Dennis
Georgia Bar No. 606645
Rian Banks
Georgia Bar NO. 556178
Attorney for the Plaintiff

101 Marietta Street NW
Suite 2200
Atlanta, GA 30303
TEL: (404) 850-7951
FAX: (404) 850-7948
Email: andre@afirmthatfights.com
Email: rian@afirmthatfights.com
GA E-File: litigation@afirmthatfights.com

2024CV01953

**IN THE STATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| **JULIANA JAMES,**<br>**Plaintiff,**<br><br>**v.**<br><br>**WALMART INC., JOHN DOES(S) 1-3, AND XYZ CORPORATION(S) 1-3,**<br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION**<br>**FILE NO: 2024CV01953** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she has this day served the clerk of the court a copy of the foregoing **Entry of Appearance and Notice of Substitution of Counsel** by electronically filing via Odyssey File & Serve.

This 2nd day of May 2024.

Respectfully Submitted,
THE DENNIS LAW FIRM, LLC

*/s/ Rian Banks*
André Dennis
Georgia Bar No. 606645
Rian Banks
Georgia Bar No. 556178
Attorney for the Plaintiff

101 Marietta Street NW
Suite 2200
Atlanta, GA 30303
TEL: (404) 850-7951
FAX: (404) 850-7948
Email: andre@afirmthatfights.com
Email: rian@afirmthatfights.com
GA E-File: litigation@afirmthatfights.com

2024CV01953
E-Filed 4/18/2024 3:09 PM
Tiki Brown
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Latasha Currie

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **JULIANA JAMES** Plaintiff/Petitioner | Case No.: **2024CV01953** |
| vs. **WALMART INC.** Defendant/Respondent | AFFIDAVIT OF SERVICE OF **SUMMONS; PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT WALMART INC.; PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND NOTICE TO PRODUCE TO DEFENDANT WALMART INC.; RULE 5.2 CERTIFICATE OF SERVICE; COMPLAINT** |

Received by **Oluwole Awojobi**, on the **13th day of April, 2024 at 1:45 PM** to be served upon **Walmart, Inc** at **106 Colony Park Dr Ste 800, Cumming, Forsyth County, GA 30040**.
On the **17th day of April, 2024 at 1:21 PM**, I, **Oluwole Awojobi**, **SERVED Walmart, Inc** at **106 Colony Park Dr Ste 800, Cumming, Forsyth County, GA 30040** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Davin Jackson**, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Davin Jackson who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 35-45 years of age, 5'-5'4" tall and weighing 160-180 lbs.**

Service Fee Total: **$85.00**

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: [signature] NA 4/18/2024

Oluwole Awojobi Server ID # Date

Notary Public: Subscribed and sworn before me on this 18th day of April in the year of 2024
Personally known to me ______ or ✓ identified by the following document: Driver License

[signature]

Notary Public (Legal Signature)



REF: **2024CV01953** Tracking #: **0130134874**

2024CV01953

**IN THE STATE COURT OF FORSYTH COUNTY**
**STATE OF GEORGIA**

FORSYTH COUNTY GEORGIA
FILED IN THIS OFFICE
JAN 02 2024
CLERK SUPERIOR COURT

**IN RE: ORDER FOR APPOINTMENT FOR PROCESS SERVICE**

**ADMINISTRATIVE ORDER 24- 2**

Having read and considered the petitions and criminal records, and appearing to the Court that sufficient grounds exist that each petitioner meets the requirements for appointment by the Court, it is hereby

**ORDERED** and **ADJUDGED** that the following individuals:

Adams, J. G. Jr. "Jerry"
Aguirre, Antuan
Anderson, Steven C.
Andrews, Gene
Anschutz, Edwin
Awojobi, Oluwole
Backo, Mustafa
Barney, Steven M.
Barron, Shane
Basham, James S.
Benito, Richard
Benito, Richard Dalton
Beyene, Euael
Blakeney, Kristian
Bolling, Katherine
Brazeman, Craig P.
Bridges, Kayla
Briley, Donnie C.
Bunch, Kim
Clemmons, Joyce
Cline, Travis
Cochrane, Babette
Cunningham, Sally
Dalman, Jonathan
Dambach-Cirko, Patriciajoyce
Daniels, Sonia L.
Davidson, Danny
Davidson, Mitchell
Day, Duane
Derricho, David E. Jr.
Dolbier, Jeffrey
Earthrise, Rochelle
Farkas, Bela (Mr.)
Faulkner, Dana
Fazzio, Dedrea
Ferrero, Amy
Fordham, Calvin
Freese, Jessica
Garmon, Jason
George, Randal
Gibbs, Thomas D. III
Giles, Herbert F.
Greenway, Kimberly
Handley, Wiley D.
Harbuck, Michael
Harris, Parks
Hassan, Muhsin S.
Hill, Hollis
Hill, Lisa
Hines, James W. Jr.
Horton, Christopher T.
Hudson, Kyle
Hugh, Frank J.
Huguley, CK Adonni
Irvin, Elizabeth
Jackson, Anthony
Jackson, Chiquita
Kahssu, Haile
Kenerson, Lorenzo
Kirkland, Shirley
Kotlar, Michael J.
Lausman, Marsha
Lewis, Kevin
Lindley, Rachel
Louis, Clyde
Luster, Jerald
Maggard, Andrew
McClellan, Rodney J.
McMillon, Ericka D.
Mitchell, Kevin
Moore, Brad
Moske, Leah
Moske, Michael
Murphy, Gregory
Murphy, Sharon
Nguyen, James
Nichols, Lathan
Nolen, Milton
O'Leary, Christine
Pace, Latarsha
Parker, Ernesqueshia
Perlson, Marc
Phelan, Ross
Reddick, Derek
Rhodes, Kathryn
Richardson, Clark
Richardson, Leroy
Ruddock, Margaret
Rutledge, Stanley N.
Saxon, Jasmine N.
Saxon, Robin L.
Seklecki, Christian
Singleton, Wes
Spellen, Geoffrey
Stiggers, James
Stone, Rodney

| | | |
|---|---|---|
| Swindle, Frank | Tort, Henry | West, Eric N. |
| Thomas, Jeffrey | Tuttle, Garry L. | Williams, Jack |
| Thompson, Vanessa | Webber, Melina | Winkelman, Nan L. |

be appointed and authorized to serve as a Permanent Process Server in the State Court of Forsyth County, for the Calendar Year 2024, without the necessity of an order for appointment in each individual case.

**SO ORDERED**, this 2nd day of January, 2024.

T. Russell McClelland, Chief Judge
Forsyth County State Court
Bell-Forsyth Judicial Circuit

2024GV01953

RECEIVED & FILED
JAN 02 2024
CLERK, STATE COURT
CLAYTON COUNTY

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

**ORDER FOR APPOINTMENT FOR PROCESS SERVICE**

Having read and considered the petitions and criminal records, and it appearing to the Court that sufficient grounds exist that each petitioner meets the requirements for appointment by the Court it is hereby

**ORDERED** and **ADJUDGED** that the following:

| | | | | |
|---|---|---|---|---|
| Adonni Huguley, CK | Canela Hernandez, B. | Fuller, Thomas | Louis, Clyde | Singleton, Wanda |
| Aguirre, Antuan | Chastain, Michael | Garmon, Jason | Mallas, Nicholas | Singleton, Wesley |
| Allen, Lakeita | Childress, Clifton | Gayle, Earl | Mathes, Gabrielle | Smith, Ronald |
| Armstrong, C. | Clemmons, Joyce | Gibbs, III, Thomas | McClellan, Rodney | Snellings, Sharon |
| Armstrong, Michelle | Cline, Travis | Giles, Herbert | McGahee, Larry | Soleyn, Gracelyn |
| Awojobi, Oluwole | Cochrane, Babette | Greenway, Kimberly | McMillon, Ericka | Spears, Joye |
| Bailey, Anna | Cotton, Charles | Harbuck, Michael | Mitchell, Kevin | Starks, Marc |
| Barnes, Kristopher | Crump, Thomas | Harris, Parks | Murphy, Jr., Gregory | Stephens, Geri |
| Barney, Steven | Cunningham, Sally | Hassan, Muhsin | Murrah, Juanqualo | Stiggers, James |
| Barron, Shane | Dambach-Cirko, P. | Hassan, Muhsin S. | Nolen, Milton | Stover, Cierra |
| Basham, James | Davidson, Danny | Hill, Hollis | Pace, Latarsha | Swindle, Frank |
| Benito, Richard | Davidson, Mitchell | Hines, James | Pannell, Nicole | Swinger, Ina |
| Beyene, Euael | Davis, Mitchell | Horton, Christopher | Parker, Ernesqueshia | Tassaw, Semiyea |
| Blalock, James | Day, Duane | Hudson, Kyle | Perlson, Marc | Thomas, Jeff |
| Blakeney, Kristian | Derricho, David | Irvin, Elizabeth | Rashid, Hassan | Thompson, Vanessa |
| Brazeman, Craig | Dolbier, Jeffrey | Jackson, II, Anthony | Rhodes, Kathryn | Thrash, Nancy |
| Bridges, Kayla | Earthrise, Rochelle | Jackson, Chiquita | Richardson, Clark | Tort, Henry |
| Briley, Donnie | Echols, Eric | James, Frank | Richardson, Leroy | Turner, Travis |
| Brown, Irish | Echols, Patricia | Jenkins, Stephanie | Rowe, Lynn | West, Eric |
| Bryant, Shernika | Farkas, Bela | Kahssu, Haile | Rucker, Keith | Winkelman, Nan |
| Bunch, Kim | Ferguson, Reginald | Kirkland, Shirley | Ruddock, Margaret | Wright, Christopher |
| Butts, Kimberly | Fisher, Dawn | Kotlar, Michael | Saxon, Robin | Yancey, Shadae |
| Byer, Edmond | Folds, Catherina | Lawson, Zuri | Saxon-Ford, Virginia | |
| Byers, Dayvon | Folds, George | Lewis, Kevin | Seklecki, Christian | |

be appointed and authorized to serve as a Permanent Process Server in the Clayton County State Court for calendar year 2024, without the necessity of an order for appoint in each individual case.

SO ORDERED this 2nd day of January, 2024.

Chief Judge Michael T. Garrett

Judge Tammi L. Hayward

Judge Margaret L. Spencer

Judge Shalonda Jones-Parker

Judge Sonyja J. George

2024CV01953

FILED IN OFFICE

JAN 0 3 2024

CHE ALEXANDER
Clerk of Superior Court
Fulton County, Georgia

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

Administrative Order No. 2024-EX 000029

ORDER FOR THE APPOINTMENT FOR PROCESS SERVICE 2024

Having read and considered the petitions and criminal records, it appears to the Court that sufficient grounds exist whereby each petitioner meets the requirements for the appointment by the Court,

IT IS HEREBY ORDERED and ADJUDGED that the following:

Adcock Kyle
Allen Lakeita
Anderson William
Andrews Gene
Anschutz Edwin J.
Armstrong Christopher
Armstrong Michael
Armstrong Michelle
Awojobi Oluwole
Backo Mustafa
Bailey Anna
Banks Randy
Barnes Kristopher
Barney Steven
Barron Shane
Basham James S.
Benito Richard Dalton
Benito Richard David
Bethel Vaquisha
Beyene Euael
Blakeney Kristian J.
Blalock James
Bolling Katherine
Brazeman Craig
Briley Donnie
Brown Irish
Brownlee Savshywa
Bryant Shemika
Bunch Kim
Butts Kimberly
Byer Edmond
Byers Dayvon

Canela Hernandez Bryan
Chastain Michael
Childress Clifton
Clemmons Joyce
Cline Travis
Cochrane Babette
Cooke Latoria
Cotton Charles
Cunningham Sally
Dalman Jonathan
Dambach-Cirko Patricia Joyce
Daniels Sonia
Davidson Danny
Davidson Mitchell
Day Duane D.
Derricho David
Dolbier Jeffrey
Earthrise Rochelle
Echols Eric
Echols Patricia
Elliott Maurice
Emile Kirby
Farkas Bela
Faulkner Dana
Ferguson Reginald
Ferrero Amy
Fisher Dawn
Fitzgerald Floretta
Fletcher Nia
Floyd Anton
Folds Catherina
Folds George

Fox Juhani
Freese Jessica
Fuller Thomas
Galvin Elizabeth
Garmon Jason
Gayle Earl
George Randal
Gibbs Thomas
Gibson Chelsea Larne
Giles Herbert F
Greenway Kimberly
Guthridge Mia
Handley Wiley
Harbuck Michael
Harris Parks
Hassan Muhsin
Hassan Rashid
Hightower Antonio
Hill Hollis
Hill Lisa
Hines James
Horton Christopher
Hudson Hakimah
Hudson Kyle
Huguley CK Adonni
Humphrey Ronald
Irvin Elizabeth
Irvine Xavier
Jackson Anthony II
Jackson Chiquita
James Frank
Johnson Earl

Kahssu Haile
Kenerson Lorenzo Jr.
Kotlar Michael
Lausman Marsha
Lawson Zuri
Lee Jeremy
Lewis Kevin
Louis Clyde
Luster Jerald
Maggard Andrew
Maggard J. Daniel
Mallas Nicholas
McAllister Arleathea
McClellan Rodney
Mcgahee Larry
McMillon Ericka
Moore Bradley
Morgan Todd
Muhammad Azizah
Muhammad Kabir
Murphy Jr. Gregory
Murphy Herbert
Murphy Sharon
Murrah Juanqualo
Murrieta Fransisco
Nguyen James
Nolen Milton
O'Brien Christopher
Oleary Christine
Pace Latarsha
Pannell Nicole
Parker Ernesqueshia

| | |
|---|---|
| Perlson Marc | Stephens Geri |
| Phelan Ross | Stewart Ronnie |
| Ransome Maurice | Stiggers James |
| Reckersdrees Thomas | Stone Rodney |
| Reddick Derek | Stover Cierra |
| Reyes Reagan | Swindle Frank |
| Rhodes Kathryn | Swinger Ina |
| Richardson Leroy | Tassaw Berhane |
| Rivers Michael | Tassaw Semiyea |
| Rucker Keith | Tatum Kristi |
| Ruddock Margaret | Thomas Jeffrey |
| Saxon Jasmine | Thompson Chrisanna |
| Saxon Robin | Thompson Vanessa |
| Saxon-Ford Virginia | Thrash Nancy |
| Seklecki Christian | Tibbs Mariah |
| Singletary Samuel W. | Tort Henry |
| Singleton Wanda | Turner Travis |
| Singleton Wesley | Tuttle Garry |
| Smith Bruce | Velasquez Julius |
| Smith Ronald L. | Watt Roosevelt |
| Smith Virginia | West Eric Noel |
| Snellings Sharon | Winkelman Nan |
| Soleyn Gracelyn | Wolfe Lisa |
| Spears Joye | Wright Christopher |
| Spellen Geoffrey | Yancey Shadae |
| Stanton Christopher | Yellig Edward |

be appointed and authorized to serve as a Permanent Process Server in the Fulton County Superior Court, for the calendar year 2024, without the necessity of an order for appointment in each individual case.

BY ORDER OF THE COURT this 2nd day of January, 2024.

Chief Judge Ural Glanville
Fulton County Superior Court
Atlanta Judicial Circuit

2024CV01953
e-Filed 5/16/2024 3:41 PM
Tiki Brown
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Cornelia Ramsey

**IN THE STATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| JULIANA JAMES,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., JOHN DOES(S) 1-3, and XYZ CORPORATION(S) 1-3,<br><br>Defendants. | ) | CIVIL ACTION<br>FILE NO. 2024CV01953 |

**ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT**

COMES NOW, Defendant Walmart Inc. ("Walmart") (misidentified by Plaintiff) (hereinafter "Walmart" or "Defendant"), and respectfully files this its Answer and Defenses to Plaintiff's Complaint as follows:

**First Defense**

Defendant shows that Walmart Inc. was not involved in the day-to-day operation of the Sam's Club store at issue. While Defendant denies liability, Defendant states that Sam's East, Inc. was the entity involved in the day-to-day operations of the Sam's Club store at issue. Defendant requests that Plaintiff voluntarily dismiss Walmart Inc.

**Second Defense**

Pending additional investigation and discovery, Plaintiff's Complaint, taken as a whole, may fail to state a claim against Defendant upon which relief may be granted.

**Third Defense**

Pending additional investigation and discovery, Defendant affirmatively preserves any and all defenses based on improper or insufficient service.

**Fourth Defense**

Pending additional investigation and discovery, Defendant affirmatively preserves any and all defenses based on the statute of limitations and doctrine of laches.

**Fifth Defense**

Pending additional investigation and discovery, Defendant states that Plaintiff's alleged injuries and damages were caused or contributed to by Plaintiff's own actions.

**Sixth Defense**

Pending additional investigation and discovery, Defendant states that Plaintiff's alleged injuries and damages were caused or contributed to by an unknown party's actions.

**Seventh Defense**

Defendant breached no duty owed to Plaintiff.

**Eighth Defense**

Pending additional investigation and discovery, Defendant asserts the defenses of contributory and comparative negligence.

**Ninth Defense**

Plaintiff may not recover against Defendant due to Plaintiff's equal or superior knowledge of any condition which they allege resulted in this event.

**Tenth Defense**

Plaintiff failed to exercise ordinary care for her own safety.

**Eleventh Defense**

Plaintiff may not recover against Defendant because no act or omission of Defendant was the legal cause or the proximate precipitating cause of Plaintiff's alleged injuries and damages.

**Twelfth Defense**

Defendant denies that Defendant or Defendant's agents or employees were negligent in any way in connection with the incident which is the subject of this litigation.

**Thirteenth Defense**

Pending additional investigation and discovery, Defendant had no actual or constructive knowledge of any alleged dangerous or hazardous condition which allegedly caused Plaintiff's injuries and damages.

**Fourteenth Defense**

Defendant denies any and all allegations regarding negligent inspection and failure to warn.

**Fifteenth Defense**

Plaintiff may not recover against Defendants because no act or omission of Defendants was the legal cause or the proximate precipitating cause of Plaintiff's alleged injuries and damages.

**Sixteenth Defense**

Plaintiff is not entitled to any special damages to the extent that Plaintiff has failed to specifically plead them in accordance with O.C.G.A. § 9-11-9(g).

**Seventeenth Defense**

Defendant reserves the right to assert all affirmative defenses available under the Georgia Civil Practice Act.

**Eighteenth Defense**

In answer to the specific allegations of Plaintiff's Complaint, Defendant shows the Court as follows:

## PARTIES AND JURISDICTION

1.

Defendant does not have sufficient information at this time to admit or deny the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore cannot admit or deny same.

2.

Admitted.

3.

Admitted.

4.

Denied.

5.

Denied.

6.

Admitted.

## FACTUAL BACKGROUND AND ALLEGATIONS

7.

Defendant incorporates by reference their responses to Paragraphs 1 through 6 of Plaintiff's Complaint.

8.

Denied as pled.

2024CV01953

9.

Defendant does not have sufficient information at this time to admit or deny the allegations contained within Paragraph 9 of Plaintiff's Complaint, and places Plaintiff on strict proof of same.

10.

Denied as pled. Sam's East, Inc. operates the Sam's Club at issue.

**COUNT ONE: NEGLIGENCE**

**DEFENDANTS WALMART INC., JOHN DOE(S) 1-3, AND XYZ CORPORATION(S) 1-3**

11.

Defendant incorporates by reference their responses to Paragraphs 1 through 10 of Plaintiff's Complaint.

12.

Defendant states that all such duties are established as a matter of Georgia law. Defendants deny any breach of duty to Plaintiff.

13.

Denied.

14.

Denied.

15.

Denied.

16.

Denied.

17.

Denied.

2024CV01953

**COUNT TWO: RESPONDEAT SUPERIOR**
**DEFENDANTS WALMART INC. and XYZ CORPORATION(S) 1-3**

18.

Defendant incorporates by reference their responses to Paragraphs 1 through 17 of Plaintiff's Complaint.

19.

Denied.

20.

Denied.

21.

Denied.

22.

Denied.

23.

Defendant denies all allegations contained within Plaintiff's "prayer for relief" which appears immediately after the 22nd paragraph of Plaintiff's Complaint.

24.

Defendant denies all other allegations of the Complaint which have not been specifically responded to in the previous paragraphs.

**DEFENDANT HEREBY DEMANDS A TRIAL BY JURY OF TWELVE REGARDING ANY ISSUES NOT SUBJECT TO SUMMARY ADJUDICATION.**

Having fully answered, Defendant prays that it be discharged with all costs cast against Plaintiff.

Respectfully submitted, this 16th day of May, 2024.

**DREW ECKL & FARNHAM, LLP**

*/s/Michael L. Miller*
Michael L. Miller
Georgia Bar No. 508011
Nicholas A. Bacon
Georgia Bar No. 502192
*Attorneys for Defendant*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
millerm@deflaw.com
baconn@deflaw.com

*Information Required Pursuant to Uniform State Court Rule 36.4*
Parties: Juliana James v. Walmart Inc. *et al*
Case No.: 2024CV01953
Document: Answer and Defenses to Plaintiff's Complaint.

2024CV01953

**CERTIFICATE OF SERVICE**

This is to certify that I have this day forwarded, via e-filing a true and correct copy of the foregoing ***Answer and Defenses to Plaintiff's Complaint*** to the following counsel of record, addressed as follows:

Andre Dennis
Rian Banks
Natalie C. Foster
THE DENNIS LAW FIRM, LLC
101 Marietta Street NW
Suite 2200
Atlanta, Georgia 30303
andre@afirmthatfights.com
rian@firmthatfights.com
natalie@afirmthatfights.com
litigation@afirmthatfights.com

This 16th day of May, 2024.

**DREW ECKL & FARNHAM, LLP**

*/s/Michael L. Miller*
Michael L. Miller
Georgia Bar No. 508011
Nicholas A. Bacon
Georgia Bar No. 502192
*Attorneys for Defendant*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
millerm@deflaw.com
baconn@deflaw.com